NO. 07-08-0189-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 26, 2008
_____

BERGMAN OIL & GAS, INC. AND
PETCO PETROLEUM CORPORATION, APPELLANTS

V.

CURTIS STEAM SERVICE, INC. AND CURTIS WELL SERVICE, APPELLEES
_____

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;

NO. 32,111; HONORABLE LEE WATERS, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Appellants, Bergman Oil & Gas, Inc. and Petco Petroleum Corporation, perfected an appeal from the trial court's judgment. Appellants have now filed a motion to dismiss their appeal. Finding the motion complies with the requirements of Texas Rule of Appellate Procedure 42.1(a), we dismiss the appeal. Further, the court will tax costs against appellants. TEX. R. APP. P. 42.1(d).

Having disposed of this appeal at the appellants' request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.


Mackey K. Hancock
Justice